# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-3335

———————————————

LARON A. MINGO,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Dixie County.
Fred Koberlein, Jr., Judge.


August 13, 2025

PER CURIAM.

   The Court dismisses this appeal for lack of jurisdiction. *See Riggs v. State*, 847 So. 2d 1037, 1038 (Fla. 1st DCA 2003).

ROBERTS, M.K. THOMAS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————


Laron A. Mingo, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.